UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

  NEWARK                                                              June 13, 2013
                                                                          Date

JUDGE KEVIN MCNULTY
Court Reporter:   Mollie Ann Giordano
Deputy Clerk:   Nitza Creegan

**Title of Case:**                                          Docket # 12-cr-820 (KM )

UNITED STATES OF AMERICA
         v.
VITO C. GRIPPO

**Appearances:**

Bohdan Vitvitsky, AUSA for Government
Patrick N. McMahon, AFPD for Defendant Vito C. Grippo
Randi Martorano, Sr. Probation Officer

**Nature of Proceedings:**    SENTENCING

Victim John Morales spoke with the assistance of David Gilbert, Spanish Interpreter (sworn).
Victim Fred Land spoke
Victim Sherrin Martinez spoke
Victim Richard Stryker spoke
Victim Joann Gantt spoke

Ordered defendant sentenced to imprisonment for a term of 96 months on Count 1 and terms of 30 months on each Counts 2,3, and 4, all to be served concurrently. Five years supervised released on Count 1 and terms of 1 year on each of Counts 2, 3, and 4, all such term to run concurrently. Standard conditions are imposed with special conditions: Cooperate with IRS, Mental Health Testing and Treatment, No New Debt, Self-Employment/Business Disclosure, Occupational Restrictions, Restitution: TBD, Restitution hearing set for July 17, 2013 at 2:00 p.m., fine waived, and $400 special assessment.

It is further ordered that the defendant surrender himself to the institution designated by, and on the date set by, the Bureau of Prisons. The Court recommends that the Bureau of Prisons designate a facility of this sentence as near as possible to the defendant's home address.

Adjourned to:         Time Commenced: 10:15    Time Adjourned: 11:20

                                                         Nitza Creegan
                                                         Deputy Clerk


cc: Chambers