PROB 12A
(7/93)

# United States District Court

for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Vito C Grippo                                    Cr.: 12-00820-001
                                                                    PACTS #: 65572

Name of Sentencing Judicial Officer:   THE HONORABLE KEVIN MCNULTY
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/13/2013

Original Offense:   Conspiracy to Commit Wire Fraud, 18 U.S.C. § 1349,
                    Subscribing to a False Tax Return for the Year 2006, 26 U.S.C. § 7206 (1)
                    Subscribing to a False Tax Return for the Year 2007, 26 U.S.C. § 7206 (1)
                    Aiding in the Preparation of a False Tax Return for the Year 2006, 26 U.S.C. § 7206
                    (2)

Original Sentence: 96 months imprisonment, 60 months supervised release

Special Conditions: $400 - Special Assessment, $1,275,828 - Restitution, Cooperate with IRS, Mental Health Treatment, No New Debt/Credit, Emp. Restriction, Employment Requirements/Restrictions,

Type of Supervision: Supervised Release                Date Supervision Commenced: 06/25/2020

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failed to Satisfy Restitution |

U.S. Probation Officer Action:

The U.S. Probation Office of the District of South Carolina respectfully requests that the no Court action be taken at this time. Grippo recently obtained employment with Rivers Plumbing & Electric where he earns approximately $2,946.66 a month and he is now able to make his financial obligation. Grippo has also been informed about the importance of him paying his financial obligation as ordered by the Court.

Prob 12A – page 2
Vito C Grippo

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
      Supervising U.S. Probation Officer

PREPARED BY:

*Brendan G. Murillo*            03/16/2021
BRENDAN G. MURILLO              Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

/s/ Kevin McNulty
Signature of Judicial Officer

3/16/2021
Date